IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:06 CV 417**

| | |
|---|---|
| DAVID C. JOHNSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>METROPOLITAN LIFE INSURANCE )<br>COMPANY; BANK OF AMERICA )<br>CORPORATION; BANK OF AMERICA )<br>LONG TERM DISABILITY BENEFITS )<br>PLAN; BANK OF AMERICA GROUP )<br>BENEFITS PLAN, )<br>)<br>Defendants. )<br>) | **ORDER** |

THIS MATTER is before the court on its own motion. Plaintiff and Defendant have both filed a Certification and Report of Initial Attorneys' Conference in this case. Prior to entering the Pre-Trial Order, an Initial Pretrial Conference will be held in Chambers. The parties are directed to appear for this conference on **Thursday, February 22, 2007 at 10:45 a.m.**

IT IS SO ORDERED.

Signed: January 29, 2007

Graham C. Mullen
United States District Judge