IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:06 CV 417**

|  |  |  |
|---|---|---|
| | ) | |
| DAVID C. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| METROPOLITAN LIFE INSURANCE | ) | |
| COMPANY; BANK OF AMERICA | ) | |
| CORPORATION; BANK OF AMERICA | ) | |
| LONG TERM DISABILITY BENEFITS | ) | |
| PLAN; BANK OF AMERICA GROUP | ) | |
| BENEFITS PLAN, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

THIS MATTER is before the court on its own motion. The Iniitial Pretrial Conference originally scheduled for February 22, 2007 is hereby re-scheduled for **Wednesday, February 21, 2007 at 2:00 p.m.** in Chambers.

IT IS SO ORDERED.

Signed: January 30, 2007

Graham C. Mullen
United States District Judge