IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:06 CV 417**

| | |
|---|---|
| DAVID C. JOHNSON, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| METROPOLITAN LIFE INSURANCE ) | |
| COMPANY; BANK OF AMERICA ) | |
| CORPORATION; BANK OF AMERICA ) | |
| LONG TERM DISABILITY BENEFITS ) | |
| PLAN; BANK OF AMERICA GROUP ) | |
| BENEFITS PLAN, ) | |
| ) | |
| Defendants. ) | |

THIS MATTER is before the court on its own motion. The Initial Pretrial Conference that had been set for February 21, 2007 is hereby **re-scheduled for Tuesday, February 27, 2007, at 2:00 p.m.** in Chambers.

IT IS SO ORDERED.

Signed: February 20, 2007

Graham C. Mullen
United States District Judge