IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:06 CV 417**

| | | |
|---|---|---|
| DAVID C. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | **PRETRIAL ORDER** |
| v. | ) | |
| | ) | |
| METROPOLITAN LIFE INSURANCE CO.; | ) | |
| BANK OF AMERICA CORP.; BANK OF | ) | |
| AMERICA LONG TERM DISABILITY | ) | |
| BENEFITS PLAN; BANK OF AMERICA | ) | |
| GROUP BENEFITS PROGRAM, | ) | |
| | ) | |
| Defendant. | ) | |

An initial pre-trial conference was held on February 27, 2007. The Defense will provide the entire claim form to the Plaintiff within 14 days of the signing of this Order. The Plaintiff will provide all Rule 26 Disclosures to the Defense within 14 days of the signing of this Order. Thereafter parties have 10 days to review the documents, and all briefs concerning the applicable Standard of Review will be provided to the court by April 14, 2007.

Parties agree to participate in Alternative Dispute Resolution and will conduct mediation after review of the above-referenced exchanged documents.

It is so ordered.

Signed: February 28, 2007

Graham C. Mullen
United States District Judge