# United States District Court
# For The Western District of North Carolina
# Charlotte Division

David C. Johnson,

       Plaintiff,                       JUDGMENT IN A CIVIL CASE

vs.                                             3:06-cv-417-RJC

Metropolitan Life Insurance Company, et al.,

       Defendant(s).

DECISION BY COURT. This action having come before the Court by Cross Motions for Summary Judgment and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 15, 2009 Order.

September 15, 2009

Frank G. Johns, Clerk
United States District Court